1008

**In the Matter of NATIONAL SALES MACHINE CO., in Bankruptcy.**
**No. 10149.**

Circuit Court of Appeals, Eighth Circuit.
Oct. 17, 1934.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Irwin Sale, Asst. U. S. Atty., of St. Louis, Mo., for the United States.

Gustave A. Stamm, of St. Louis, Mo., for trustee in bankruptcy.

PER CURIAM.

Petition of United States for appeal from order of District Court, Eastern District of Missouri, denied.

**NEW YORK TRAP ROCK CORPORATION, Appellee, v. CORNELL STEAMBOAT COMPANY, Appellant.**
**No. 94.**

Circuit Court of Appeals, Second Circuit.
Dec. 3, 1934.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (A. J. McElhinney, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (6 F. Supp. 950) affirmed.

**In the Matter of the Petition of Henry OBERMILLER et al.**
**No. 375, Original.**

Circuit Court of Appeals, Eighth Circuit.
Oct. 6, 1934.

Frank J. Taylor, of St. Paul, Neb., and Robert J. Webb, A. C. R. Swenson and William Ritchie, Jr., all of Omaha, Neb., and C. E. Talbott, of Winner, S. D., for petitioner.

M. E. Culhane, of Minneapolis, Minn., D. S. Elliott, of Sioux Falls, S. D., and Olaf Eidem, of Brookings, S. D., for respondent.

PER CURIAM.

Motion for permission to file petition dismissed without costs to either party in this court, on motion of petitioner.

**OMAHA NATIONAL BANK, Appellant, v. UNITED STATES of America.**
**No. 10010.**

Circuit Court of Appeals, Eighth Circuit.
Sept. 21, 1934.

J. A. C. Kennedy and Ralph E. Svoboda, both of Omaha, Neb., for appellant.

Ambrose C. Epperson, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and certificate of clerk of United States District Court, under Rule 16.